UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 1:04M159A |
| | : | |
| JOSEPH MEDEIROS | : | |

**JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Now comes the United States, by and through its attorneys, Robert Clark Corrente, United States Attorney and Adi Goldstein, Assistant United States Attorney, and Joseph Medeiros, by and through his attorney, James McCormick, and, pursuant to 18 U.S.C. §3161(h), move to exclude certain time from the operation of the time limit imposed by the Speedy Trial Act. Specifically, 18 U.S.C. § 3161(b) imposes a 30-day time period, from the date of arrest, within which an information or indictment must be filed. Here, the parties have agreed that the period from June 6, 2005, through July 6, 2005, be excluded from the § 3161(b) time limit pursuant to 18 U.S.C. § 3161(h).

The reasons for granting this Motion are as follows:

1. The parties are engaged in plea negotiations which may lead to the prompt resolution of the complaint, thus fulfilling one of the purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I).

2. Defendant had undergone a competency evaluation at FMC Devens. This evaluation has limited defense counsel's ability to

discuss the matter with his client. It has also delayed communication between the parties because of the uncertainty regarding Mr. Medeiros's competence to proceed. On June 6, 2005, the Court held a hearing in which it found Mr. Medeiros competent to stand trial.

For the foregoing reasons, the parties believe that the ends of justice justify the exclusion of the period from June 6, 2005, 2005 to July 6, 2005.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

JAMES McCORMICK, ESQ.
Counsel for the Defendant