UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 1:04M159A |
| | : | |
| JOSEPH MEDEIROS | : | |

**JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Now comes the United States, by and through its attorneys, Robert Clark Corrente, United States Attorney and Adi Goldstein, Assistant United States Attorney, and Joseph Medeiros, by and through his attorney, James McCormick, and, pursuant to 18 U.S.C. §3161(h), move to exclude certain time from the operation of the time limit imposed by the Speedy Trial Act. Specifically, 18 U.S.C. § 3161(b) imposes a 30-day time period, from the date of arrest, within which an information or indictment must be filed. Here, the parties have agreed that the period from July 6, 2005, through August 6, 2005, be excluded from the § 3161(b) time limit pursuant to 18 U.S.C. § 3161(h).

The reasons for granting this Motion are as follows:

1. The parties are engaged in plea negotiations which may lead to the prompt resolution of the complaint, thus fulfilling one of the purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I).

2. Defendant has moved for change of counsel. The Court has scheduled a hearing on defendant's motion for July 11, 2005.

The government expects that, should defendant's motion be granted, a prompt resolution of this case may be obtained. Further, defendant's new counsel, if appointed, would require time to review the evidence in this case.

For the foregoing reasons, the parties believe that the ends of justice justify the exclusion of the period from July 6, 2005, 2005 to August 6, 2005.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

JAMES McCORMICK, ESQ.
Counsel for the Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2005, I caused to be sent via first class regular mail, a true copy of the within Government's Joint Motion to Exclude Time Under the Speedy Trial Act to:

James McCormick, Esq.
128 Dorrance Street
Providence, RI 02903

[signature]